IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

JEREMY WAYNE SEAQUIST,

    Petitioner,

v.

COREY FHUERE,

    Respondent.

Case No. 6:22-cv-01089-YY

ORDER

YOU, Magistrate Judge

    IT IS ORDERED that Petitioner's unopposed Motion for Voluntary Dismiss (ECF No. 25) is GRANTED, and this action is DISMISSED, without prejudice.

    DATED this  4th  day of August, 2023.

/s/ Youlee Yim You
Youlee Yim You
United States Magistrate Judge

1 - ORDER